In the Matter of Thomas A.M. BOGGS, Respondent.
(476 S.E. (2d) 916)

Supreme Court

Oct. 4, 1996.

## ORDER

Respondent pled guilty to a one count of failure to make and file a South Carolina Income Tax return in violation of S.C. Code Ann. § 12-54-40(b)(6)(c) (Supp. 1995). The Board of Commissioners on Grievances and Discipline asks this Court to temporarily suspend respondent from the practice of law in this State pursuant to Paragraph 6 of the Rule on Disiplinary Procedure, Rule 413, SCACR.

IT IS ORDERED that the petition is granted and respondent is temporarily suspended from the practice of law until further order of this Court.

/s/ <u>Ernest A. Finney, Jr.,</u>
FOR THE COURT

BURNETT, J., not participating.

In the Matter of Mitchell King BYRD, Petitioner.
(477 S.E. (2d) 100)

Supreme Court

Oct. 16, 1996.

## ORDER

Petitioner filed a Motion to Terminate Suspension to Practice Law on June 26, 1996. After an investigation and a hearing, the Petitioner received the unanimous endorsement of the Committee on Character and Fitness.

After careful consideration of the Motion, it is hereby ordered that Mitchell King Byrd is reinstated as an active member of the South Carolina Bar.

<u>Ernest A. Finney,</u> C.J.
<u>Jean H. Joal,</u> J.
<u>James E. Moore,</u> J.
<u>John H. Waller, Jr.,</u> J.
<u>E.C. Burnett, III,</u> J.